**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7340**

DON JUAN TORRES, a/k/a Donald Hautz,

                Plaintiff - Appellant,

        v.

GENE JOHNSON; LARRY HUFFMAN; TRACY RAY; JOHN JABE; R. ROWLETT;
M. MULLINS,

                Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(7:07-cv-00398-GEC)

Submitted:  April 28, 2008           Decided:  May 20, 2008

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Don Juan Torres, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Don Juan Torres appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Torres v. Johnson, No. 7:07-cv-00398-GEC (W.D. Va. Aug. 31, 2007). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED